■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT J. REATZ, Appellant.—Motion by appellant to vacate order dated May 7, 1945, dismissing his appeal from a judgment of conviction, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ SEVERIN R. RODIN, Doing Business as PAN AMERICAN SUPPLY COMPANY, Respondent, v. UNIVERSAL BUTTON COMPANY, Appellant.— Motion by appellant for stay of order, pending appeal therefrom, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the December Term, beginning November 19, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 29, 1962. Motion by appellant to dispense with printing of exhibits granted; the original exhibits to be submitted on the argument of the appeal. Motion by respondent to dismiss the appeal, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ SOL G. ATLAS, Respondent, v. C. VAN NESS WOOD, Appellant.— In an action to recover damages for breach of contract, defendant appeals from a judgment of the Supreme Court, Nassau County, entered March 7, 1962 upon the decision of the court, after a nonjury trial, in favor of plaintiff for $16,284.23. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur. [33 Misc 2d 543.]

■ VERNON BELL, Respondent, v. ROSLYN PELLER, Appellant.— In a negligence action to recover damages for injury to person and property, arising out of an automobile collision, defendant appeals from an order of the Supreme Court, Nassau County, dated October 23, 1961, which granted plaintiff's motion to open his default and to vacate the order and judgment entered on defendant's prior motion to dismiss the complaint for lack of prosecution. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ JOHN BOROWSKI, Respondent, v. OLEF M. JOHNSON, JR., Appellant.— In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Queens County, dated May 7, 1962, which denied his motion to dismiss the complaint for lack of prosecution, the denial being subject to the condition that plaintiff shall expeditiously notice the cause for trial. Order affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ JOHN DI LORENZO et al., Appellants, v. ST. JOHNSBURY TRUCKING CO., INC., et al., Respondents.— In a negligence action to recover damages for injury to person and property arising out of an automobile collision, plaintiffs appeal from a judgment of the Supreme Court, Orange County, entered February 16, 1960 after trial, upon a jury's verdict in favor of the defendants. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.